Petition and Request for Hearing

In the Matter of:
Abigail Armstrong, Petitioner,
and
Budget Rental Car, Respondent,

FILED
2023 JAN -9 AM 10: 43
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
OR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS,
AUSTIN DIVISION

1:24CV00026RP

# Original Petition for Inequity and Discrimination

*1. Discovery*

Discovery in this case is intended to be conducted under level 2 of rule 190 of the Texas Rules of Civil Procedure.

*2. Preservation of Evidence:*

Petitioner is put on notice to preserve and not destroy, conceal, or alter any evidence or potential evidence relevant to the issues in this case, including tangible documents or items in Petitioner's possession or subject to Respondent's control and electronic documents, files, or other data generated by or stored on Petitioner's home computer, work computer, storage media, portable systems, electronic devices, online repositories, or cell phone.

*3. Objection to Assignment of Case to Associate Judge:*

Petitioner objects to the assignment of this matter to an associate judge for a trial on the merits or presiding at a jury trial.

*4. Parties*

This request for $100,000.00 is brought by Abigail Armstrong, Petitioner against Respondent, Budget Rental Car. under Section 16.004 of the Texas Civil Practice and Remedies Code, Damages, landed late on rent and had to move with a severe left spinal stenosis, causing pain and suffering.

*4. Domicile*

Respondent has been a domiciliary of Texas for the preceding two-month period and is obtaining residency of this county for the preceding ninety-day period.

*5. Service*

Service on Petitioner is necessary at this time.

*6. Protective Order Statement*

No protective order under subchapter A of chapter 7B of the Texas Code of Criminal Procedure, or order for emergency protection under article 17.292.

*7. Dates of Incident*

The parties on or about November 2023, rented an auto to Ms. Armstrong, overcharged her and refused to rent said vehicle to her in Denver, Colorado without a Major Credit Card. She was

mistreated and denied a car on her first try due to her racial make-up as a Caucasian woman. Ms. Armstrong was kind to a counter lady, who was rude and lied, and had other things to do. So, Ms. Armstrong waited a day, and came back to rent said auto, where she was given a refusal based on her race and ethnicity. Eventually, Ms. Armstrong spent three days trying to obtain a Budget Rental Car, she went to the Airport twice, and on second try, finally a non-Hispanic male helped her into an auto. Although overcharged her for insurance. Nevertheless, when she brought said auto to Texas everything ran the same as when she picked up said auto. She detailed said auto, took it through a car wash, and vacuumed inside. Upon checking out the Chevy she was not given an opportunity to do an inspection. However, when she expected her $200.00 deposit returned, as she had specked said auto nicer than when she picked it up, Budget was dishonest and said they would give her a full refund, after being so unkind, which never happened. And, when she spent three more days trying to get her refund, she was told the deposit was split up in two payments, none which ever land refunded. Not one Caucasian spoke to Ms. Armstrong, strictly Latina's and Indian males, but neither refunded her money, nor even attempted to give her deposit back. The woman in Denver Colorado's Budget Rental Car, humiliated, and called Ms. Armstrong an ugly white. She tried to hide her actions, and acted as though Ms. Armstrong had a hidden agenda, she was acting paranoid and attacking Ms. Armstrong.

## 8. Grounds for Civil Lawsuit

Pain and suffering, loss of housing, humiliation, and race discrimination.

## 9. Other:

1. A polygraph test may help in effort to obtain more information and for investigative purposes. The test would be completed on all witnesses who work at Budget Rental Car and who assisted Ms. Armstrong, and on Ms. Armstrong herself in a case seen necessary to do so.
Average cost: $250.

## 10. Request for Temporary Orders and Injunction

Petitioner requests the Court, after notice and hearing, to dispense with the issuance of a bond, to make temporary orders and issue any appropriate temporary injunctions for the preservation of the property and protection of the parties and for the safety and welfare of the Petitioner from the following:
1. Intentionally communicating with Petitioner in person or in any other manner,
including by telephone or another electronic voice transmission, video chat, in writing, or electronic messaging, by use of vulgar, profane, obscene, or indecent language or in a course or offensive manner, with intent to annoy or alarm Respondent.
2. Threatening Petitioner in person or in any other manner, including by telephone or another electronic voice transmission, video chat, in writing, or electronic messaging, to take unlawful action against any person, intending by this action to annoy or alarm Respondent.
3. Placing a telephone call, anonymously, at any unreasonable hour, in an offensive and repetitious manner, or without a legitimate purpose of communication with the intent to annoy or alarm Respondent.
4. Intentionally, knowingly, or recklessly causing bodily injury to Respondent or to a child of either party.
5. Intentionally falsifying a writing or record, including an electronic record, relating to the property of either party.
6. Disturbing the peace of the Petitioner or of another party.
7. Making disparaging remarks regarding Respondent in the presence or within the

hearing of the Children.

*11. Request for Interim Attorney's Fees and Temporary Support*

Petitioner requests the Court, after notice and hearing, for the preservation of the property and protection of the parties, to make temporary orders and issue any appropriate temporary injunctions regarding attorney's fees and support as deemed necessary and equitable, including but not limited to the following:

Petitioner requests that Respondent be ordered to pay reasonable interim attorney's fees and expenses, including but not limited to fees for appraisals, accountants, actuaries, and so forth, as ordered by Petitioner.

Respondent is in control of sufficient community assets to pay attorney's fees and anticipated expenses.

*12. Request for Permanent Injunction*

Petitioner requests the Court, after trial on the merits, to grant the following permanent injunction consistent with those requests for temporary injunctions set out above.

*13. Attorney's Fees, Expenses, Costs, and Interest*

It was **not** necessary for Petitioner to secure the services of a licensed attorney, but is a Paralegal who had to prepare and prosecute this suit. And, may request an attorney review said paperwork from time to time to make sure everything is marked at permanent. Judgment for attorney's fees, expenses, and costs through trial and appeal should **not** be granted against Petitioner and in favor of Petitioner for the use and benefit of Petitioner's attorney and ordered paid directly to Petitioner's attorney, who may enforce the judgment in the attorney's own name.

*14. Cause of Action for Intentional Infliction of Emotional Distress*

Starting on or about November, 2023, in Travis County, Texas, Rependent ***did*** intentionally or recklessly engage in a pattern of extreme and outrageous conduct that caused Petitioner to suffer severe emotional distress.  Respondent did make reports to their company, which were only cash advanced upon.

*15. Request for Sanctions*

**Sanctions against Respondent for intentional fiduciary duty breach, discrimination, and inequity.**

*16. Request for a Jury Trial*

Pursuant to Family Code Section 105.002, Respondent demands a jury trial.

*17 . Prayer*

Petitioner prays that citation and notice issue as required by law and that the Court grant a Relief sought in amounts reaching $100,000.00 for increased spinal stenosis through forcing a movement, pain and suffering, and all other relief requested in this petition.

Petitioner prays that the Court, after notice and hearing, grant a temporary injunction enjoining Respondent, in conformity with the allegations of this petition, from the acts set forth above while this case is pending.

Petitioner prays that, on final hearing, the Court enter a permanent injunction enjoining Petitioner, in conformity with the allegations of this petition, from the acts set forth above.

Petitioner prays that the Court grant the temporary relief pending appeal if the Court's final judgment is appealed, as requested above.

Petitioner prays for attorney's fees, expenses, costs, and interest to be paid individually by each party,

as requested above.

Petitioner prays for general relief.

*Respectfully Submitted,*
Abigail Armstrong, by:

_____

Abigail Armstrong, Self-Represented Litigant
1103 Richardine Avenue
Austin, Texas 78721

## Certificate of Service

I certify that on January 8th, 2024, I served a copy of this document on all parties or their counsel, as required by the Texas Rules of Civil Procedure using the e-filing system.

_____

Abigail Armstrong, Self-Represented Litigant
1103 Richardine Avenue
Austin, Texas 78721

_____

Tamer Botros
P.O. Box 97897
Las Vegas, NV 89193-7897